I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID. TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/22/08

DEPUTY CLERK

JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GREGORY FRANKLIN,

               Petitioner,

    vs.

L.E. SCRIBNER,

               Respondent.

Case No. CV 07-7370-CBM (RNB)

**J U D G M E N T**

     In accordance with the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 4/10/08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE